United States District Court
EASTERN District of Louisiana

JJK Captial Development
and Distributions.
John Staggers          Plaintiff

vs

British Patrolium (BP)
Deepwater Horizon Rig   Defendants

TENDERED FOR FILING

JAN 17 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

IN THE COURT OF Common pleas
District of Louisiana

CASE No. 2:10-MD-02179-CJB-SS

13- 770
SECT. J MAG

Complaint

JJK/John Staggers  Complains of the above-named Defendants and alleges the followings:

## I. Parties and Jurisdiction

I  Plaintiff is a citizen of the United States and a resident of williamburg County in the State of South Carolina. He is currently incarcerated in Marlboro County South Carolina.

II  British Patrolium Oil (BP) is an International oil company from Great Britain that was Operating in the Gulf of Mexico. The Gulf of Mexico is Property of the United States.

III  Britsh Patrolium Oil (BP) operating in the United States is subject to All Compliances and Laws of the United States environmental protection and management conditions.

IV  Plaintiff is the Sole Owner and Operator of JJK Capital Development and Distributions. Plaintiff is also an Ordain Minister since 2006.

V  Plaintiff relied entirely upon JJK and the Fishing industry for their income and Livilyhood. plaintiff Family relied entirely on plaintiff and the Fishing industry for their income and Livilyhood.

VI  In April 2010 the Gulf of Mexico had and Oil spill cause by the Defendant. The Defendant cause more than 400million Gallons of Crude Oil to be spewed Into the national waters of the United States.

Fee Pauper
✓ Process
X Dktd
__ CtRmDep
__ Doc. No.

(2)

VII. Plaintiff owned and Operated JJK (42) Fourty two months Before the BP Oil spill in the Gulf of Mexico, On April 20, 2010

VIII. Plaintiff owned and Operated JJK (20) twenty months after the BP Oil spill in the Gulf of Mexico; On April 20, 2010

IX. Plaintiff campany made approximate 200,000 dollars in income the (42) Fourty two months before the BP Oil spill.

X. Plaintiff company made approximate 42,000 dollars in income the next (20) twenty months after the BP oil spill. approximate 525.00 dollars a week.

XI. Plaintiff Loss every he had worked hard and prayed for, ~~be cause~~ of the BP Oil spill.

# For A First Cause of Action

(Fourteenth Amendment Violation - Substantive Due Process Violation - 42 USC § 1983)

1. Plaintiff incorporates paragraphs I-XI as if stated verbatim.

2. The fourteenth Amendment of the United States Constitution states that. " All persons born or naturalized in the United States, and subject to the jurisdiction thereof are citizen of the United States and of the State where in they reside. No state shall make or enforce any Law which shall abridge the privileges or immunities of citizens of the United States. Nor shall any state deprive any person of Life, Liberty or property without due process of Law: Nor deny to any person within its jurisdiction the equal protection of the Law."

3. The Fourth Amendment of the United States Constitution states that, " The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures. shall Not be violated."

4. Congress enacted the Federal water pollution control Act, Amendments of 1972. Better Known as the Clean Water Act. to restore and maintain the chemical, physical, and biological integrity of the nations waters.

5. Plaintiff suffered injuries to his Livelihood, physically, and economically when (BP) and deepwater horizon neglected their duties, and breached the standard of risk management by allowing the Deepwater rig explode, and release more than 400 million barrels of crude oil into the Gulf of Mexico. causing environmental dangers to the natural habitat, the Fragile ecosystems, and the Fishing industries.

6. Once Defendant(s) breached this duty, plaintiff's protection under the due process clause of the *Fourteenth* Amendment of the United States Constitution were triggered.

# For A Second cause of Action
## (Gross Negligence)

7. Plaintiff incorporates paragraphs I–$\overline{XI}$ and 1–6 as if stated herein verbatim.

8. The Defendant(s) British Petroleum (BP) and Deepwater Horizon owed Plaintiff a general, constitutional, and statutory duty to provide a safe and secure environment for plaintiff while they were offshore drilling in the national waters of the United States.

9. The Fourth Amendment of the United State Constitution states that. "The right of the people to be secure in their persons, houses, papers, and effects. against unreasonable searches and seizures. shall not be violated.

10. The Defendant(s) British Petroleum. (BP) and Deep Water Horizon was on notice and aware of the dangers of breachment and if they was to do so. would be dangerous, harmful, illegal and in violation of the constitutional rights of the plaintiff; and in violation of the policies and procedures of the Environmental protection Act and/or the Clean Water Act.

11. The Defendant(s) (BP) and Deepwater Horizon had a duty to provide a reasonably safe environment for plaintiff while they were offshore drilling in the Gulf of Mexico. on United States property.

12. Defendant(s) British Petroleum (BP) and Deepwater Horizon breached this duty when they allowed the rig to explode and spill over 400 million Barrels of crude oil into the Gulf of Mexico.

13. The breach of Defendant's duties proximately caused plaintiff damages.

14. Plaintiff suffered physical pain, physical suffering, emotional distress, alteration of his Lifestyle psychological trauma, apprehension, anxiety, depression, embarrassment, shame, and a Loss of enjoyment of Life. He still suffers these damages and will suffer in the future.

15. Plaintiff suffered from Defendants' gross negligence, recklessness, wantonness, and willfulness and plaintiff will continue to have medical needs in the future.

## FOR A THIRD CAUSE OF ACTION
## (Negligent Supervison — Employees Agents and Contractors)

16. Plaintiff incorporates paragraphs I-XI and 1-15 as if stated herein verbatim.

17. Defendant(s) British Petroleum (BP) and Deepwater Horizon owed a duty of care and safety to plaintiff to properly and adequately supervise its employees, agents, and contractors to insure that plaintiff was not harmed or hurt by their employees, agents, and contractors while they were offshore drilling in the Gulf of Mexico in the national waters of the United States.

18. Defendant(s) British Petroleum (BP) and Deepwater Horizon was on notice and aware of the standard of risk management and any breach or negligence of that standard would

(18 cont)

be dangerous, harmful, ILLegal and in violation of the constitutional rights of plaintiff, and in violation of policies and procedures of the Environmental protection Act, and the Clean WATER Act.

19. The Defendant(s) British Petroleum (BP), Deepwater Horizon fail to properly and adequately supervise its employees, agents and contractors was a breach of the duties of the defendant(s).

20. The Defendants(s) British Petroleum (BP) and Deepwater Horizon Knew or should have Known that is was a requirement to properly and adequately supervise its employees agents and contractors to ensure plaintiff would not be hurt or harmed while they were offshore drilling in the Gulf of Mexico; in the national waters of the United States.

21. Defendants(s) British Petroleum (BP) and Deepwater Horizon was negligent, gross negligent, reckless willful and wanton perform- ance of their duties and/or its failures to act in the duties were a breach of its duties because Defendant(s) British Petroleum (BP) and Deepwater Horizon was responsible for properly and adequately Supervising its employees agents and contractors in order to prevent plaintiff from being harmed while they were offshore drilling in the Gulf of Mexico which is the United States National Waters.

22. Defendant(s) British Petroleum (BP) and Deepwater Horizon's negligence, gross negligence, reckless willful and wanton per- formance of its duties and/or its failure to act in the duties were the proximate causes of the damages sustained by plaintiff.

23. Plaintiff damages include Loss of wages, Loss of Income, Loss of property physical injury and pain, emotional

(23 cont.) distress, alteration of his Lifestyle, depression, apprehension psychological trauma and the Loss of enjoyment of Life.

24. Plaintiff seeks damages from the Defendant(s) British Petroleum (BP) and Deepwater Horizon for negligence, gross negligence reckless willful and wanton performance of the duties and/or its failure to act in the performance of its duties.

WhereFore, Plaintiff respectfully prays for the Following Relief:

A. For judgment against all Defendant(s) for actual and punitive damages (when allowed by Law) to be determined by the Court and a jury.

B. For all service fees, cost, expenses or trouble due to this disbursement action.

C. For such other and Further relief as this court may deem just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _8th_ day of _January_, 20 13

_John Stupp_ John Stupp          1-14-2013

Signature of Plaintiff

_Vonya Thomas_ 1-14-13

Sept 19 2019 comm expire

(7)

# Proposed        Settlement

Total Amount of Losses economically ___ $ 457,966
     (Due to Spill)

Projected punitive damages ___ $ 120,000
     (33 months After April 20. 2010)

Future medical needs and treatment ___ $ 105,000

   Total Proposed Settlement . ___ $ 682,966

# JJK Real Property Loss (Due to Spill)

Rented Family Home and Business building for 32 months with Options

| | | |
|---|---|---|
| 2009 | 1750 monthly x 12 | 21,000 |
| 2010 | 1750 monthly x 12 | 21,000 |
| 2011 | 1400 monthly x 8 | 14000 |

56000 —
+ 63270 —

**JJK Property Loss** (Due to Spill)   119270

JJK Sales Loss 2010 (Due to Spill)   +36914

JJK Sales Loss 2011 (Due to Spill)   +50614

JJKs' estimated worth and value in 2009   -196798

* 212431

409,229

JJKs' Investments Loss   48737

**Total Amount of Losses economically   457,966**

* Figurers based on all Sales, property and Real property own and operated by JJK

(9)

# JJK YEARLY INCOME LOSS Due to Spill

| 2010 | Avg. Monthly Income Before Spill | 8,787 |
| | Avg. Monthly Income After Spill | 1,371 |
| | LOSS or Differents | 7,410 |

## Total Income From Gulf

| 2008 | 48,437 |
| 2009 | 81,050 |

**YEARLY INCREASE IN INCOME**
FROM 2008 to 2009          32,613

Projected 2010 INCOME BASED ON
2009 INCREASE FROM 2008 FROM GULF Coast INCOME    113,663

## JJK Property LOSS (Due to Spill)

| 2005 Ford Truck | 22,500 |
| 2006 Chevy Van | 14,695 |
| EQUIPMENT freezers, coolers, packers, print machines, ect. | 15,000 |
| Supplies and start-up | 11,075 |
| | 63,270 |

(10)

P.L.E.

# Portfolio of Living Expences

| | 2009 | 2010 | 2011 |
|---|---|---|---|
| Family home. Business Building and Storage | 1750 | 1750 | 1450 |
| Personal investments misc. payments | 1050 | 1050 | 0 |
| Leases, Auto and EQUIPMENT | 458 | 458 | 0 |
| family Requirements to be spent | 3000 | 3000 | 3000 |
| EMERGENCY/Eldely CARE | 350 | 350 | 350 |
| Monthly Totals | 6608 | 6608 | 4800 |
| Monthly Totals multiplied by 12 | x 12 | x 12 | x 12 |
| Total YEARLY Expences | 79296 | 79296 | 57600 |
| Cost of Living For Family of FIVE (5) | 79296 | 79296 | 57600 |
| INCOME From JJK | 93161 | 49582 | 30386 |
| MINUS cost of Living | -79296 | -79296 | -57600 |
| | +13,865 | -◆29,714 | -◆27,214 |
| | +13865 | -29714 | -27,214 |

From 2010 April until December 2011, The British Petroleum (BP) oil spill caused a family of (5) five to be tens of thousands in Debt. Move from middle-class to poverty, and for a 82 year old mother to go from the security and home of her Love ones, to the uncertainties of a nursing home.

(11)



J/K Yearly Income (gains and decrease)

# JJK YEARLY INCOME SALES   1-1-2011 ~ 12-31-2011

| 11 | Local com. | Gulf Coast com. | NPS /other | Total Sales |
|---|---|---|---|---|
| January | | 1867 | | 2146 |
| February | | 2160 | | 2483 |
| March | | 2735 | | 3144 |
| April | | 2831 | | 3255 |
| May | | 2865 | | 3409 |
| June | | 2320 | | 2655 |
| July | | 2311 | | 2615 |
| August | | 2410 | | 2770 |
| September | | 2036 | | 2340 |
| October | | 1549 | | 1780 |
| November | | 1604 | | 1844 |
| December | | 1688 | | 1940 |
| | | 26024 | | 30386 |

(13)

# JUK YEARLY INCOME SALES   1-1-2010 — 12-31-2010

| 10 | Sales in dollars from LOCAL com. | | Sales in dollars from GulF Coast com. | NPS/other ** | Sales in dollars Total Sales |
|---|---|---|---|---|---|
| January | 1037 | S | 7742 | | 8779 |
| February | 1003 | S | 7791 | | 8893 |
| March | 1081 | S | 7830 | | 8911 |
| April | 879 | S | 7661 | | 8540 |
| May | 420 | S | 3110 | 3110 ** | |
| June | -855 | R | 2341 | 2341 ** | |
| July | -1145 | R | 1976 | 1976 *** | |
| August | 281 | S | 1644 | 1644 ** | |
| September | 222 | S | 1283 | 1283 ** | |
| October | 341 | S | 2040 | 2040 ** | |
| November | 342 | S | 2055 | 2055 ** | |
| December | 340 | S | 2011 | 2011 ** | |
| ** Total sales After Spill | | | | 16459 ** | 35123 |
| | | | | R -2000 | |
| | | | | 14459 | 14459 |
| | | | 43636 | | 49582 |

** Total sales After Spill
R - Refund
S - Sale Final
2 Sales from GulF

(14)

# JJK YEARLY INCOME SALES

1-1-2009 – 12-31-2009

| YEAR 09 | Sales in dollars From Local com. | Sales in dollars From Gulf Coast com | NPS/other | Sales in dollars Total Sales |
|---|---|---|---|---|
| January | 864 | 5782 | 231 | 6646 |
| February | 630 | 5965 | 361 | 6856 |
| March | 644 | 6152 | 275 | 7071 |
| April | 770 | 6308 | 200 | 7278 |
| May | 704 | 6583 | 268 | 7555 |
| June | 766 | 6741 | 254 | 7761 |
| July | 761 | 6990 | 361 | 8072 |
| August | 747 | 7106 | 340 | 8193 |
| September | 604 | 6982 | 358 | 7944 |
| October | 701 | 7313 | 351 | 8365 |
| November | 783 | 7455 | 331 | 8569 |
| December | 748 | 7700 | 403 | 8851 |
|  |  | 81,050 |  | 93,161 |

(15)

# JJK YEARLY INCOME SALES    1-1-2008 ~ 12-31-2008

| YEAR 08 | Sales in dollars from Local com. | Sales in dollars from GulFCoast.com | NPS/others | Sales in dollars Total Sales |
|---|---|---|---|---|
| January | 397 | 2722 | 418 | 3140 |
| February | 271 | 2102 | 314 | 2416 |
| March | 311 | 2277 | 340 | 2617 |
| April | 586 | 3565 | * 619 | 4098 |
| May | 570 | 3700 | ** 608 | 4253 |
| June | 691 | 3795 | ** 752 | 4362 |
| July | 652 | 4473 | ** 693 | 5141 |
| August | 700 | 4674 | ** 712 | 5373 |
| September | 811 | 4828 | ** 850 | 5549 |
| October | 749 | 4610 | ** 857 | 5872 |
| November | 782 | 4653 | ** 813 | 5961 |
| December | 806 | 5475 | ** 843 | 6293 |
|  |  | 48437 |  | 55675 |

* Non profit Sales

(16)

JJK     YEARLY INCOME SALES     1-1-2007 ~ 12-31-2007

| 07 | Sales in dollars From LOCAL com. | Sales in dollars From GULF Coast com | Non Profit sales | Sales in dollars TOTAL SALES |
|---|---|---|---|---|
| June | 1456 | | | 1456 |
| July | 1550 | | | 1550 |
| August | 1571 | | | 1571 |
| September | 2135 | | | 2135 |
| October | 2290 | | | 2290 |
| November | 2372 | 1000 | | 3372 |
| December | 2583 | 1500 | | 4083 |
| | 13957 | 2500 | | 16457 |

# Internal Revenue Service Projections

| | 2009 | 2010 | 2011 |
|---|---|---|---|
| Earned income | 93,161 | 49,582 | 30386 |
| Exemptions | 18500 | 18500 | 18500 |
| Adjusted gross income | 74,661 | 31,082 | 11,886 |
| Itemized Deductions | 47,633 | 23,216 | 19705 |
| Taxable | 27028 | 7866 | 0 |
| Amount owed | 9,459.80 | 786 | 0 |

# South Carolina Dept of Revenue

| | 2009 | 2010 | 2011 |
|---|---|---|---|
| Federal taxable income | 27028 | 7866 | 0 |
| South Carolina Adjustments | 3800 | 3800 | 0 |
| S.C. Taxable Income | 23228 | 4066 | 0 |
| Tax owed | 4645 | 853 | 0 |

\*  Projected Amounts based on Use of 1040, Married filing jointly. Form 2106 Schedule A,
   Schedule C, Schedule H, and Estimated Taxes.

(18)

# Cover Letter of terms
## (What this action is about and Why)

Plaintiff JJK in this Action along with other plaintiff(s) filed or will file a Lawsuit(s) on behalf of it, itself or themselves who would be a class of persons (together Known as the "Complaint") The Complaint or plaintiff states with facts and proof that it suffered damages as a result of the negligence and safety breach of the duties at the deepwater horizon site operated by British Petroleum, (BP) that caused more than (400,000,000) four hundred million barrels of crude to be dispensed into the Gulf of Mexico. It has been conclued that British Petroleum (BP) has taken responsibility for their actions. It is also quite probable or could possibly be conclued that it is in the best interests to settle on the terms generally in a negotiated proposed settlement, in order to avoid more expenses, inconvenience, and interference with ongoing business operations.

Plaintiff JJK holds and feel the proposed settlement is fair, reasonable and adequate; whether judgment should be entered in the Action on the merits and with prejudice that will bind all person(s) or entitles who are members of the class herein who have not requested exclusion.

Plaintiff JJKs' claims are compensable within the Courts Supervised Settlement Program, inaccordence with Small business record Keeping, Tax Information, (Federal and State) Tax I D number, Invoices and mileage records.

TENDERED FOR FILING

JAN 1 ? 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

(1)

IN The United States District Court
FOR THE EASTERN DISTRICT OF LOUISANA

John Staggers
VS     Plainiff

British Patrolium (BP)
Deepwater Horizon Rig
DEFENDANT

IN THE Court of Common Pleas

Civil Action No. 2:10-MD-02179-CJB-SS
J (1)

Amendment of Caption
Complaint Petition

U.S. DISTRICT COURT
Eastern District of Louisiana

FILED  APR 5 - 2013

LORETTA G. WHYTE

Now comes the Plaintiff Petitioning the Very Count to give
Leave to the Amendment of the Above Complaint to Remove
JJK Captial Development and Distributions from the Caption
and Complaint, in accordance to Rule 15 of the Federal
Rules for criminal and civil Proceedures.
The Plaintiff John Staggers beleives that this petition to the court,
to take this Leave as appropriate to Formulate and simplify
the issues in this action.
This action will Touch only the Caption and Lines IV V
VII and VIII of the complaint.
enclosed please find a copy of the Amended Caption
and complaint.

March 16, 2013

John Staggers
John Staggers

610 Hwy 9 West
PO Box 2951202
Bennettville SC 29572
Joh Staggers

TENDERED FOR FILING

MAR 22 2013

_____ Fee_____
_____ Process_____
X  Dktd_____
_____ CtRmDep_____

U.S. DISTRICT COURT
Eastern District of LouisianaDoc. No._____
Deputy Clerk

TENDERED FOR FILING

APR - 5 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

sworn to and subscribed, before me
this 2 day of April 2013

Dony Thomas
(Notary Public of South Carolina)
tv Commission Expires September 15, 2019

(1) of (1)

United States District Court
EASTERN District of Louisana

John Staggers    Plaintiff

vs

British Patrolium (BP)
Deepwater Horizon Rig
                    Defendants

IN THE COURT OF COMMON PLEAS
DISTRICT OF LOUISIANA

CASE No: 2:10-MD-02179-CJB-SS

AMENDEND  13 - 770
COMPLAINT  SECT. J MAG. 1

Plaintiff John Staggers complains of the above-named Defendants and alleges the Followings:

## I. Parties and Jurisdiction

I. Plaintiff is a citizen of the United States and a resident of Williamburg County in the State of South Carolina. He is currently incarcerated in Marloboro County South Carolina.

II. British Patrolium OiL (BP) is an International oil company from Great Britian, that was Operating in the Gulf of Mexico. The Gulf of Mexico is property of the United States.

III. British Patrolium Oil (BP) operating in the United States is/are subject to All Compliances and Laws of the United States, and its protection agencies and management conditions.

IV. Plaintiffs' principal business was in the seafood industry. Plaintiff is also an Ordain minister since 2006.

V. Plaintiff relied **solely** on the fishing industry for his familys' Income and livelihood.

VI. In April 2010 the Gulf of Mexico had an explosion and oil spill caused By the defendant. the defendant caused more than 400 million Barrels of crude oil to be spewed into the national waters of the United States.

VII. The Gulf of Mexicas' seafood industry previosly provided plaintiff principal business income Fourty two (42) months before the spiLL. and twenty (20) Months after the spill.

VIII. Plaintiff income was approximate 200 000 dollars during the 42 months before the spill and approximate 500 hundred dollars wkly. after the spill.

IX. TENDERED FOR FILING The spill caused plaintiff to Lose everything he had worked Hard and prayed for.
MAR 22 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

(2)

# United States District Court
## EASTERN DISTRICT OF LOUISANA

John Staggers, Plaintiff

vs

British Patrolium (BP)
Deepwater Horizon Rig
                    Defendant

Civil Action
Case No: 2:10-MD-02179-CJB-SS

Certificate of Service

On __2__ day of __April__, 20 13, The above captioned
    Plaintiff, __John Staggers__, Has Served the Defendant,
British Patroliam (BP), Deepwater Horizon Rig, with his motion for
Amendment of Caption, and Amendment Complaint.
    This __2__ day of __April__, 2013. By Depositing in the U.S. mail
a true Copy Addressed to:

Clerk, US District Court
 500 Poydras St.
 Room C-151
New Orleans, La. 70130

Respectfully Submitted

John Staggers
610 Hwy 9 West
P.O. Box 2951202
Bennettville S.C. 29512

sworn to and subscribed before me
this __2__ day of __April__, __2013__

__Seny Thomas__
(Notary Public of South Carolina)

Commission Expires __Sept 19, 2015__

United States District Court
EASTERN DISTRICT OF LOUISIANA

John Staggers Plaintiff

vs

British Patrolium (BP)
Deepwater Horizon Rig
                    DEFENDANT

Civil Action
NO: 2:10-MD-02179-CJB-SS

Notice of Hearing
April 24, 2013 @ 9:30 am

   The Plaintiff. John Staggers , hereby Seeks a
hearing on his motion for Amended Caption and Complaint
Petition. Filed March 22, 2013 As Required by LR7.2E and the
Federal Rules of Civil Procedure. As to be scheduled at
Court's earliest Convienence.

                    Respectfully Submitted
                    John Staggers
                    John Staggers
                    610 Hwy 9 West
                    P O Box 2951202
                    Bennettville SC 29512

sworn to and subscribed before me
this 2 day of April , 2013
Tony Thomas
(Notary Public of South Carolina)
My Commission Expires September 19, 2019

$ 01.05⁰

02 1M
0008002055   JAN 14 2013
MAILED FROM ZIP CODE 29512

United States Courthouse
ATT: Deapwater Horizon Settlement
500 Poydras St. Room #C-151
New Orleans, LA 70130

Mr. John Staggers
610 HWY 9 WEST
P.O. Box 2951202
Bennettsville, SC 29512